83,247-01

Cause #695 776-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 07 2015

Abel Acosta, Clerk

Arthur Lamar Mitchell
          Relator

V

Judge Susan Brown (Harris County District Court 185th)
          Respondent


## Plaintiff's Original Application For Writ Of Mandamus


To the Honorable Said Court:

Come Now Arthur Lamar Mitchell Relator Pro-se in the Above Styled and number cause action and Files this Original application For Writ of Mandamus. Purs Parsuwat to actical V Section 3 of the texas Constitional, and would Show the Following to the court:


Relator Arthur Lamar Mitchell TDCJ #738709 is a OFFender incarcerated in the texas Department of Criminal Justice. And is appearing Pro Se. Who Can be located at:

          Darrington Unit
          59 Darrington Road
          Rosharon Texas 77583


Relator has exhasuted his Remedies and has NO other adequate Remedy at Law, The act Sought to be

Comtelled is to ministerial Not discretionary in Nature, State ex rel Millsap v. lozano 692 Sw2d 470 (tex CR App 1985) State ex Rel Wade v mays 689 Sw2d 893 tex CR App 1984

## Statement of Facts

Relator was convicted of the offense Burglary of Habitation Penal code ann (30.02 a 1) in the 185th Judicial District court of Harris county tx.

The Relator appeal in the 14 district court of texas at Houston. case was offirm

On July 23/2014 the Relator File a post conviction writ 11.07 Habeas Corpus tex code CR Proc act 11.07 Raising 3 ground for Relief the Harris county Judicial 185th District Court Cause #695 776-A

The State issued a Response August 25 2014 the trial court has faild Failed to order designating issues under the Prescribed time set out in the texas code of Criminal Procedure 11.07 3(c).

## Ground For Relief

The Relator seek mandamus in the court of Criminal Appeal because the trial court's with holding the application Past the statutory dead line of 35 day without ordering

designating issues set out in texas Code of Criminal Procedure 11.07 3(C)

## ARGUMENT

The Relator Filed for Habeas Corpus Relief on July 23/2014 See exhibit (A) The Purpose of this Writ of habeas Corpus is to obtain a speedy and effective adjudication of a person Right to liberation from illegal Restraint. The very Purpose of this Writ of Habeas Corpus is to safeguard a Person freedom from detention in violation of Constitutional that guarantees. tex Code Crim Proc ann 11.07 does not authorize the trial Court to extend the time limitation imposed by the state. other than by a time ENTRY of an order designation issues. Without a timely entry of an order designation issues article 11.07 impose a day upon the Clerk of the court to immediately transmit to the texas Court of Criminal appeal the Record from the application for a writ of habeas Corpus deeming the trial court inaction Finding that no issues of Fact Require Further Resolution Tex Code Criminal Proc ann art 11.07 3(C) as Reading the adoption of the habeas Corpus Reform act of art 11.07 1 and the addition of Section 4 of article 11.07 the purpose of the texas Constitutional mandate Requiring a speedy and effective Habeas Corpus Remedy. In exparte kerr 64 swzd

The court of Criminal Appeal held the purpose of a Writ of habeas Corpus is to obtain a speedy and effective Adjudication of a person Right to liberation from illegal Restraint ) The Supreme court supported the court holding in (exparte Kerr ) when it Rule in Blackledge V Allison 431 US 63. 72. 97 Sct 1621. 1628 Yet Arrayed against the interest of Finablity is the very purpose of the writ of habeas ~~Corpus~~ Corpus of safeguard a person Freedom from detention in violation Constitutional guarantees the writ of habeas Corpus has played a great Role in the history of human Freedom. It has been the Judicial method of lifting under Restraint upon personal ~~Relief Liberatio~~ liberty under the texas Constitutional article I section 12 the writ of habeas Corpus is a writ of Right and shall never be suspended.

The legislature shall enact laws to Render the Remedy And effactual. The Relator cites ~~exparte~~ Young 418 Sw2d 824 martin V Hamlin 25 Sw3rd 718 DeJean v District clerk Dallas County 259 Sw2d 183. 184 Tex Crim app 2008 as authorize

## Pray For Relator

Wherefore premise considered the Relator Arthur L mitchell pray's the court of Criminal appeal grant his original application For Mandamus and issue the Relief sought here in.

1. Order Judge Susan Brown Judicial Court 185th of Harris county district court to Forward the Relator application writ 695276 -A to the ~~county~~ court of criminal appeal or designating issues. Respectivel'y submitted

Arthur mitchell

# UNSWORN DECLARATION

I, _Author Mitchell_, TDCJ NUMBER _738709_

Being presently incarcerated in the _Darrington_, Unit of the Texas

Department of Criminal Justice, in _Brazoria_, County, Texas

Declare under penalty of perjury that I am the applicant in the above and foregoing

Motion. I have read said motion and the factual allegations of the same are true and

Correct.

Executed on this _5_, day of _May_, 20 _15_.

_____

_Arthur Mitchell_, Movant, Pro Se

 

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

August 25, 2014

ARTHUR LAMAR MITCHELL
#738709 DARRINGTON UNIT
59 DARRINGTON ROAD
ROSHARON, TEXAS 77583

*TuRHer*

To Whom It May Concern:

Pursuant to Article 11.07 of the Texas Code of Criminal Procedure, please find enclosed copies of the documents indicated below concerning the Post Conviction Writ filed in cause number 695776-A in the 185th District Court.

☐ State's Original Answer Filed

☐ Affidavit

☒ Court Order Dated August 25, 2014

☐ Respondent's Proposed Order Designating Issues and Order For Filing Affidavit.

☐ Respondent's Proposed Findings of Fact and Order

☒ Other

Sincerely,

Leslie Hernandez, Deputy
Criminal Post Trial

lah

Enclosure(s) – STATE'S MOTION / PROPOSED ORDER DESIGNATING ISSUES

SuSan Brown
713 755 7300
755 7292-3-4

F I L E D

NO. 695776-A

EX PARTE § IN THE 185th DISTRICT COURT

§ OF

ARTHUR LAMAR MITCHELL,
Applicant § HARRIS COUNTY, T E X A S

## MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues as that need to be resolved:

1. Whether trial court included a lesser-included offense of burglary of building, if not, whether trial court erred by failing to do so; and

2. Whether the applicant was denied the effective assistance of trial counsel.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

Arthur Lamar Mitchell
# 738709 – Darrington Unit
59 Darrington Rd.
Rosharon, TX, 77583

SIGNED this 20th day of August, 2014.

Respectfully submitted,

Ana Martinez
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-6657
Texas Bar I.D. #24074658
martinez_ana@dao.hctx.net

2

NO. 695776-A

EX PARTE § IN THE 185th DISTRICT COURT

§ OF

ARTHUR LAMAR MITCHELL,
Applicant § HARRIS COUNTY, T E X A S

## STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether trial court included a lesser-included offense of burglary of building, if not, whether trial court erred by failing to do so; and

2. Whether the applicant was denied the effective assistance of trial counsel.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issue and then enter findings of fact.

The Clerk of the Court is **ORDERED NOT** to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

**By the following signature, the Court adopts the State's Proposed Order Designating Issues in cause number 695776-A.**

SIGNED on the 25 day of July , 2014.

_____
PRESIDING JUDGE



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this

AUG 2 5 2014

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy